# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00745-CV

**Almar Saenz, Appellant**

**v.**

**Arlette Pena, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-FM-13-004333, HONORABLE GISLEA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Counsel for appellant Almar Saenz and counsel for appellee Arlette Pena have filed a joint motion to remand requesting that the trial court's judgment be vacated and the case remanded to the trial court for entry of the parties' agreed modified order. We previously abated this case while the parties pursued their agreement. *Saenz v. Pena*, No. 03-14-00745-CV, 2015 Tex. App. LEXIS 2257, at \*1 (Tex. App.—Austin Mar. 11, 2015, no pet.) (mem. op.).

We grant the parties' motion, lift the abatement, reinstate the appeal, set aside the trial court's judgment without regard to the merits, and remand this cause to the trial court for further proceedings. *See* Tex. R. App. P. 42.1(a)(2)(b).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Vacated and Remanded on Joint Motion

Filed:   June 25, 2015